IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00576-RPM-MEH

ROBERT H. NORMAN,

    Plaintiff,

v.

PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD D/B/A THE HARTFORD,

    Defendant.

_____

ORDER DISMISSING CASE WITH PREJUDICE
_____

    Pursuant to the parties' Stipulation of Dismissal with Prejudice and Fed.R.Civ.P. 41(a)(A)(ii), filed October 16, 2008 [16], it is

    ORDERED that this civil action is dismissed with prejudice and each party shall bear its own costs and fees.

    Dated: October 17th, 2008

                          BY THE COURT:

                          s/ Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior District Judge